PROB 12B
(7/93)

Report Date: October 20, 2006

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 23 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Michael James Thistlewaite         Case Number: 2:04CR00170-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 2/14/2005                  Type of Supervision: Supervised release

Original Offense: Possession With Intent to           Date Supervision Commenced: 10/18/2006
Distribute Over 80 Kilograms but Less Than 100
Kilograms of Marijuana, 21 U.S.C. § 841(a)(1);
Importation of Over 80 Kilograms but Less Than 100
Kilograms of Marijuana, 21 U.S.C. § 952, 960(b)(3)

Original Sentence: Prison - 30 Months; TSR - 36      Date Supervision Expires: 10/17/2009
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification
with the offender's consent.

                                                              Respectfully submitted,

                                                        by    /s/ Matthew Thompson
                                                              Matthew Thompson
                                                              U.S. Probation Officer
                                                              Date: October 20, 2006

Prob 12B
**Re: Thistlewaite, Michael James
October 20, 2006
Page 2**

## THE COURT ORDERS

[ ]   No Action
[X]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____OCT 23 2006_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____   Signed: _____
          Matthew Thompson                          Michael James Thistlewaite
          U.S. Probation Officer                    Probationer or Supervised Releasee

October 20, 2006
Date